C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-80127 C-13D |
| William P. Fulton, Jr. | ) | |
| | ) | |
| | ) | |
| Debtors | ) | |

## ORDER

     This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor to modify plan payments, and there being no filed objection to the Motion within the time period set forth in the Notice issued on February 4, 2010, by the Clerk of Court setting March 4, 2010, as the deadline for filing Objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

     ORDERED that the Debtor's plan is modified to provide for plan payments of $1,690.00 per month effective with the plan payment due for April, 2010.

## PARTIES IN INTEREST
## Page 1 of 1
## 09-80127 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**