C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-80127  C-13D |
| William P. Fulton, Jr. | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MODIFICATION OF PLAN

On April 26, 2011, a hearing was held on Motion by the Debtor to modify his Chapter 13 plan pursuant to 11 U.S.C. §1329.  At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor, and Richard M. Hutson II, Standing Trustee appeared.  No other party appeared or objected to the Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that there is sufficient evidence of a substantial change in the Debtor's circumstances and that the modification complies with the provisions of 11 U.S.C. §1325; therefore, it is ORDERED:

1.  The Motion by the Debtor pursuant to 11 U.S.C. §1329 is granted.

2.  Any default in payments prior to April, 2011, under the plan is waived and the plan shall be extended to the term necessary to pay the delinquent amount.

3.  The Trustee shall review this case in sixty (60) days to determine a plan payment that will be necessary for this plan to timely complete, and the Trustee shall amend the Debtor's plan accordingly.

4.  John T. Orcutt, Esq. is allowed the presumptive fee of $250.00 for services rendered in the filing of this Motion which shall be paid through the Debtor's plan.

**PARTIES IN INTEREST**
Page 1 of 1
09-80127 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**